# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3228**

**September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On:** December 18, 2023

United States of America,

        Appellee

        v.

Donald J. Trump,

        Appellant

**BEFORE:** Henderson\*, Childs, and Pan, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument in Courtroom 31 at 9:30 a.m. on Tuesday, January 9, 2024.

A separate order will be issued regarding the allocation of time for argument.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk

\* Judge Henderson would stay any further action by this court until the United States Supreme Court has taken final action on the Government's Petition for Certiorari before Judgment now pending before it in this case.

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)